# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

October 1, 2003

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
Jerry Albano
Baystate Sweeping
P.O. Box #478
East Boston, MA  02128

Dear Mr. Albano:

This office represents the Construction Teamsters Health and Welfare Fund for the purposes of obtaining audits and collecting unpaid fringe benefit contributions. We have been advised that Baystate Sweeping has refused to permit the Fund to audit its records. This letter constitutes a demand for an audit.

The employers' obligation to submit to an audit is governed by the Agreement and Declaration of Trust of the Asbestos Workers Local 6 Employee Benefit Funds. Article III, Section 3.2 of the Agreement and Declaration of Trust of the Asbestos Workers Local 6 Annuity Fund, for example, provides in relevant part that "The Trustees, or their authorized representatives, upon reasonable notice, may examine the pertinent payroll and other records of any Employer, including, but not limited to, all quarterly and yearly payroll tax returns, payroll listings, time reports, individual earnings, records and checks, whenever such examination is deemed necessary by the Trustees, or their authorized representatives, in connection with the proper administration of the Trust Fund and to determine that all contributions due have been reported and paid to the Fund." Mr. Viar will notify you, prior to the audit, of the records that he needs to review to conduct this audit.

The right of trustees of employee benefit funds to audit an employer's books and records to determine whether the employer is in compliance with its obligations has been upheld by the United States Supreme Court. See, <u>Central States Southeast and Southwest Areas Pension Fund</u>

v. Central Transport, Inc., 472 U.S. 559 (1985) (trustees of multi-employer employee benefit plans covered by ERISA have power under trust document to examine pertinent records of each employer).

If you have any questions about the audit, or need additional information, please don't hesitate to call.

Very truly yours,

Anne R. Sills

cc:   Chris Walsh

ARS/ars&ts
8903 03-343/albano.doc

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Jerry Albano_  ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Jerry Albano
Baystate Sweeping
P.O. Box #478
East Boston, MA    02128

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7002 3150 0003 3440 7027

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7002 3150 0003 3440 7027

Jerry Albano

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
8403.03-3431 ALBANO.DOC
Street, Apt. No.;
or PO Box No. C.L.S.T. TEAMSTERS H+W FUNDS.VS.
City, State, ZIP+4
BAYSTATE SWEEPIN

PS Form 3800, June 2002    See Reverse for Instructions

# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

————

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, JR.
PAUL S. HOROVITZ

August 5, 2004

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
Jerry Albano
Baystate Sweeping
P.O. Box #478
East Boston, MA  02128

Dear Mr. Albano:

This office represents the Construction Teamsters Health and Welfare Fund for the purposes of obtaining audits and collecting unpaid fringe benefit contributions. It is my understanding that auditor Michael Ross has been attempting to conduct an audit of Baystate Sweeping, but has had difficulty obtaining certain relevant and necessary documents. Therefore, this letter constitutes a demand that Baystate turn over the following documents to Mr. Ross:

- Payroll registers and individual earnings records for the period 1/1/2000 - 7/31/2004
- Cash disbursement journals for the period 1/1/2000 - 7/31/2004

As you know, the employers' obligation to submit to an audit is governed by the Agreement and Declaration of Trust of the Asbestos Workers Local 6 Employee Benefit Funds. Article III, Section 3.2 of the Agreement and Declaration of Trust of the Asbestos Workers Local 6 Annuity Fund, for example, provides in relevant part that "The Trustees, or their authorized representatives, upon reasonable notice, may examine the pertinent payroll and other records of any Employer, including, but not limited to, all quarterly and yearly payroll tax returns, payroll listings, time reports, individual earnings, records and checks, whenever such examination is deemed necessary by the Trustees, or their authorized representatives, in connection with the proper administration of the Trust Fund and to determine that all contributions due have been reported and paid to the Fund."

The right of trustees of employee benefit funds to audit an employer's books and records to determine whether the employer is in compliance with its obligations has been upheld by the United States Supreme Court. See, <u>Central States Southeast and Southwest Areas Pension Fund v. Central Transport, Inc.</u>, 472 U.S. 559 (1985) (trustees of multi-employer employee benefit plans covered by ERISA have power under trust document to examine pertinent records of each employer).

Your failure to fully cooperate with this request will result in litigation, in which case Baystate Sweeping will be liable for statutory interest, liquidated damages, fees, and costs. If you have any questions about the audit, or need additional information, please don't hesitate to call.

Very truly yours,

Gregory A. Geiman

cc:    Chris Walsh
       Michael Ross

ARS/gag&ts
8903 03-343/albano.doc

**U.S. Postal Service™**
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

JENNY ALBANO

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7162 5225 0003 0110 3003

Sent To
890363-348/ALBANO.OCC
Street, Apt. No.;
or PO Box No. H.W. F vS BAYSTATE SWEEPER
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions