UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR,
CONSTRUCTION TEAMSTERS HEALTH AND
WELFARE FUND and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, LOCAL 379
Plaintiffs

vs.

BAY STATE SWEEPING & CONSTRUCTION CORP.,
Defendant

and

EASTERN BANK,
Trustee

C.A. No. 04-12053 GAO

## LOCAL RULE 7.1(A)(2) CERTIFICATION FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that he has spoken with Jane Armstrong, Defendant's accountant and authorized representative regarding the keeping of payroll records, and that the two sides have attempted in good faith to narrow or resolve the issue.

Respectfully submitted,

CHRISTOPHER WALSH, as he is
ADMINISTRATOR, of the
CONSTRUCTION TEAMSTERS
HEALTH AND WELFARE FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: January 20, 2005

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Local Rule 7.1(A)(2) Certification has been served by certified and first class mail upon the defendant, Bay State Sweeping and Construction Corp. at 369 3rd Street, Everett, MA 02149 this 20th day of January, 2005.

_____
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 8903 03-343/rule7.1.doc

2