## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379<br>                    Plaintiffs<br><br>vs.<br><br>BAY STATE SWEEPING & CONSTRUCTION CORP.,<br>                    Defendant<br><br>and<br><br>EASTERN BANK,<br>                    Trustee | C.A. No. 04-12053 GAO |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Christopher J. Walsh, as he is Administrator, Construction Teamsters Health and Welfare Fund ("Fund"), request the Clerk to enter the default of defendant Bay State Sweeping & Construction Corp. (hereinafter "Bay State"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1)   This action was filed on September 22, 2004.

2)   Complaint was served on defendant Bay State on December 28, 2004.

3)   Defendant Bay State has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

CHRISTOPHER WALSH, as he is
ADMINISTRATOR, of the
CONSTRUCTION TEAMSTERS
HEALTH AND WELFARE FUND, et al.

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August 5, 2005

**VERIFICATION**

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing plaintiff's Verified Request to Enter Default has been served by certified and first class mail upon the defendant, Bay State Sweeping and Construction Corp. at 369 3rd Street, Everett, MA  02149 this 5th day of August, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-511/verreqdf.doc