UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER J. WALSH**<br>           Plaintiff<br><br>V.<br><br>**BAY STATE SWEEPING AND CONSTRUCTION CORP.**<br>           Defendant | CIVIL ACTION<br><br>NO.  04-12053-GAO |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **CHRISTOPHER J. WALSH** for an order of Default for failure of the Defendant, **BAY STATE SWEEPING AND CONSTRUCTION CORP.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  12  day of  AUGUST, 2005 .

                                                SARAH A. THORNTON
                                                CLERK OF COURT


                                        By:    **PAUL S. LYNESS**
                                                **Deputy Clerk**

**Notice mailed to:**


(Default Notice.wpd - 3/7/2005)