UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379, Plaintiffs<br><br>vs.<br><br>BAY STATE SWEEPING & CONSTRUCTION CORP., Defendant<br><br>and<br><br>EASTERN BANK, Trustee | C.A. No. 04-12053 GAO |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST BAY STATE SWEEPING & CONSTRUCTION CORP.**

Now come the Plaintiffs (hereinafter, the "Fund"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Fund and against Defendant Bay State Sweeping & Construction Corp. (hereinafter "Bay State"), holding Bay State liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

A. Principal owed to the Funds through December, 2002:   $42,293.21

B. Prejudgment interest if unpaid contributions are paid by September 30, 2005, as mandated by 29 U.S.C. §1132(g)(2)(B)   $7,642.34

C. Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i)   $7,642.34

D. Attorneys' Fees as mandated by §1132(g)(2)(D)   $3,932.50

E.   Costs                                                                                            $295.53

                                      TOTAL                          $61,805.92

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against Bay State Sweeping and Construction Corp.

                                      Respectfully submitted,

                                      CHRISTOPHER J. WALSH, as he is
                                      ADMINISTRATOR, of the
                                      CONSTRUCTION TEAMSTERS
                                      HEALTH AND WELFARE FUND, et al,

                                      By their attorneys,

                                      /s/ Gregory A. Geiman
                                      Anne R. Sills, Esquire
                                      BBO #546576
                                      Gregory A. Geiman
                                      BBO #655207
                                      Segal, Roitman & Coleman
                                      11 Beacon Street, Suite #500
                                      Boston, MA  02108
                                      (617) 742-0208

Dated:  September 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Motion for Entry of Default Judgment Against Bay State Sweeping & Construction Corp. has been served by certified and first class mail upon the defendant, Bay State Sweeping & Construction Corp. at 369 3rd Street, Everett, MA  02149 this 9th day of September, 2005.

                                      /s/ Gregory A. Geiman
                                      Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 8903 03-343/motdefjd.doc

2