## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| |
|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379, Plaintiffs<br><br>vs.<br><br>BAY STATE SWEEPING & CONSTRUCTION CORP., Defendant<br><br>and<br><br>EASTERN BANK, Trustee |

C.A. No. 04-12053 GAO

### AFFIDAVIT OF CHRISTOPHER WALSH AS TO MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Christopher Walsh. I am the Administrator of the Construction Teamsters Health and Welfare Fund.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether Bay State Sweeping and Construction Corp., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether Bay State Sweeping and Construction Corp. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF SEPTEMBER, 2005.

_____
Christopher Walsh

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon defendant Bay State Sweeping and Construction Corp. at 369 3rd Street, Everett, MA 02149 this 9 day of September, 2005.

_____
Gregory A. Geiman, Esquire

ARS/gag&ts
8903 03-343/affwalsh3.doc

2