UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379,
Plaintiffs

vs.

BAY STATE SWEEPING & CONSTRUCTION CORP.,
Defendant

and

EASTERN BANK,
Trustee

C.A. No. 04-12053 GAO

### AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Construction Teamsters Health and Welfare Fund by Bay State Sweeping and Construction Corp. since on or about September 19, 2003. Since that date, we have incurred legal fees of $3,932.50 and costs of $295.53.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF SEPTEMBER, 2005.

_/s/ Anne R. Sills_
Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon the defendant, Bay State Sweeping & Construction Corp. at 369 3rd Street, Everett, MA 02149 this 9th day of September, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

ARS/gag&ts
8903 03-343/affsills.doc