UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR,
CONSTRUCTION TEAMSTERS HEALTH AND
WELFARE FUND and INTERNATIONAL
BROTHERHOOD OF TEAMSTERS, LOCAL 379,
Plaintiffs

vs.

BAY STATE SWEEPING & CONSTRUCTION CORP.,
Defendant

and

EASTERN BANK,
Trustee

C.A. No. 04-12053 GAO

## DEFAULT JUDGMENT

Defendant Bay State Sweeping and Construction Corp., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $42,293.21 in unpaid benefit funds contributions; $7,642.34 in interest on the unpaid contributions; an additional $7,642.34 in liquidated damages; and $4,228.03 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendant Bay State Sweeping and Construction Corp. the principal amount of $42,293.21; prejudgment interest of $7,642.34; liquidated damages of $7,642.34; and attorneys' fees and costs of $4,228.03, for a

total judgment of $61,805.92, with interest as provided by law, which interest rate is effective this date is _____ percent.

                                                      _____
                                                      The Honorable George A. O'Toole, Jr.
                                                      United States District Court

Dated: _____

GAG/gag&ts
ARS 8903 03-343/defltjdg.doc