UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379, Plaintiffs<br><br>vs.<br><br>BAY STATE SWEEPING & CONSTRUCTION CORP., Defendant<br><br>and<br><br>EASTERN BANK, Trustee | C.A. No. 04-12053 GAO |

**DEFAULT JUDGMENT**

Defendant Bay State Sweeping and Construction Corp., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $42,293.21 in unpaid benefit funds contributions; $7,642.34 in interest on the unpaid contributions; an additional $7,642.34 in liquidated damages; and $4,228.03 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs recover from Defendant Bay State Sweeping and Construction Corp. the principal amount of $42,293.21; prejudgment interest of $7,642.34; liquidated damages of $7,642.34; and attorneys' fees and costs of $4,228.03, for a

2

total judgment of $61,805.92, with interest as provided by law, which interest rate is effective this date is 3.97 percent.

/s/ George A. O'Toole, Jr.
The Honorable George A. O'Toole, Jr.
United States District Court

Dated: October 18, 2005

GAG/gag&ts
ARS 8903 03-343/defltjdg.doc