

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORFOLK, ss — Case No. 04-12053-GAO

Christopher J. Walsh, as he is
Administrator, Construction
Teamsters Health & Welface,
    Plaintiff
Vs.
Bay State Sweeping & Construction
Corp.,
    Defendant
Eastern Bank
    Trustee

ANSWER OF TRUSTEE

Eastern Bank, Summoned as trustee for the defendant(s) Bay State Sweeping & Construction Corp, in the above-entitled matter, says that at the time of service of the summons upon Eastern Bank on December 27, 2005 it had in its possession, goods, effects, or credits in the amount of $ 48,328.78, that is unconditionally due the defendant.

On December 28, 2005, we were instructed by the Plaintiff's Attorney to lower the amount by $ 10,000.00. We therefore, are answering that we are holding $ 38,328.78, pending another court order.

Signed under the penalties of perjury by Elaine Burke, Assistant Operations Manager of Eastern Bank, this 10th day of January 2006.

*Elaine Burke*

Certificate of Service

I, Elaine Burke, hereby certify that I this date served a copy of the within Answer of Trustee upon The Plaintiff, Christopher J. Walsh., by mailing a copy of the same, postage prepaid, this date addressed to Gregory A. Geiman,, 11 Beacon Street, Suite 500, Boston , MA, 02108, Plaintiff's Attorney and to the defendant.

Date: January 10, 2005

*Elaine Burke*