January 29, 2007

Paul Lyness, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Fan Pier
One Courthouse Way
Boston, MA  02210

Re:   <u>Christopher J. Walsh, as he is Administrator, Construction Teamsters Health and Welfare Fund vs. Bay State Sweeping & Construction Corp.</u>
C.A. No. 04-12053 GAO

Dear Mr. Lyness:

By this letter, the Plaintiffs in the above-referenced matter state that the filings at Docket Nos. 18 and 19 no longer need be sealed.  Please let me know if I may be of further assistance.

Very truly yours,

<u>/s/ Gregory A. Geiman</u>
Gregory A. Geiman

GAG/gag&ts
ARS 8903 03-343/lyness5.doc